Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeremiah Nares  )
  )
  )
  Plaintiff,  )   CASE NO. _____
  )
  vs.  )  **APPLICATION TO PROCEED**
City and County of San Francisco and  )  **IN FORMA PAUPERIS**
DOEs 1-50  )   **(Non-prisoner cases only)**
  )
  Defendant.  )

I, __Jeremiah Nares__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.  I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes _X_  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$2,818.63__   Net: __$2,323.05__

Employer: __Jeffery Duerson Staffing__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   and wages per month which you received.
2   _____$27.00 per hour_____
3   _____
4   _____

5   2.   Have you received, within the past twelve (12) months, any money from any of the
6   following sources:

7       a.   Business, Profession or           Yes ____ No _X_
8           self employment?

9       b.   Income from stocks, bonds,        Yes ____ No _X_
10          or royalties?

11       c.   Rent payments?                   Yes ____ No _X_

12       d.   Pensions, annuities, or            Yes ____ No _X_
13          life insurance payments?

14       e.   Federal or State welfare payments,   Yes ____ No _X_
15          Social Security or other govern-
16          ment source?

17   If the answer is "yes" to any of the above, describe each source of money and state the amount
18   received from each.
19   _____
20   _____

21   3.   Are you married?                     Yes ____ No _X_
22   Spouse's Full Name: _____
23   Spouse's Place of Employment: _____
24   Spouse's Monthly Salary, Wages or Income:
25   Gross $_____ Net $_____
26   4.   a.   List amount you contribute to your spouse's support:$ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.     Do you own or are you buying a home?     Yes ____   No **X**

5   Estimated Market Value: $_____   Amount of Mortgage: $_____

6   6.     Do you own an automobile?     Yes ____   No **X**

7   Make _____   Year _____   Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10   7.     Do you have a bank account?   Yes **X**   No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: **Chase Bank 265 Winston Drive Ste A, San Francisco, CA 94132**

12 _____

13   Present balance(s): $ **$638.00** _____

14   Do you own any cash?   Yes ____   No **X**   Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                         Yes ____   No **X**

17 _____

18   8.     What are your monthly expenses?

19   Rent: $ **$1,400.00**     Utilities: **$125.00**

20   Food: $ **$200.00**     Clothing: **$100.00**

21   Charge Accounts:

22   Name of Account       Monthly Payment       Total Owed on This Account

23   **Cell Phone**       $ **$75.00**       $ **$0.00**

24   _____   $ _____   $ _____

25   _____   $ _____   $ _____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)   **N/A**

28 _____

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ___   No  X

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  November 29 2022                         *[signature]*

12          DATE                              SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -